**UNITED STATES DISTRICT COURT**
**District of Connecticut**

AUG 29 2024 PM2:13
FILED-USDC-CT-HARTFORD

Zacchery T. Belval
_____
*Plaintiff*

v.

Electric Boat
_____            Case No.:3:28-cv-01387-SRU
*Defendant*

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

08/27/2024
_____            _____
*Date*                                *Filer's signature*

                                    Zacchery T. Belval
                                    _____
                                            *Printed name*

                                    29 Cora Street
                                    _____
                                            *Address*

                                    Enfield, CT 06082
                                    _____
                                        *City, State, Zip Code*

                                    8605198090
                                    _____
                                        *Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on  08/27/2024_____, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*List here*:

_____
*Filer's signature*

Rev.  8/11/15