**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| |
|---|
| ZACCHERY BELVAL, |
| **Plaintiff,** |
| v. |
| ELECTRIC BOAT CORPORATION, |
| **Defendant.** |

**Civil Action No. 3:23-cv-01387**

**LOCAL RULE 56(a)(1)**
**STATEMENT OF UNDISPUTED MATERIALS FACTS – ADJUNCT MEMORANDUM**

Per Federal Rules of Civil Procedure, Section 12(b)1-7, this memorandum serves to dispute the listed claims for dismissal of claims and summary judgement by Defense. Defense has neither articulated a situation justifying one of the listed seven claims in rule 12(b), nor have they provided an affirmative defense for their actions. Their "Statement of Fact" per rule 56(a) contains major inaccuracies and positions which are in dispute by Plaintiff. As such, Plaintiff is requesting that Summary Judgement be dismissed and that dispute settlement move to final Pre-Trial or Trial proceedings as dictated by Federal and Local legislation.

If the court finds that a Summary Judgement is the most prudent or necessary legal processes, Plaintiff cordially asks that the Court rule in **favor of the Plaintiff** on all listed charges, amended charges, and other articulated infractions of law that have come to light in the processes of Discovery and Pre-Trial proceedings. And that the court assign **full and total** liability, on all counts to Defense as named "Electric Boat Corporation". Including but not limited to all legally available reparations, payments, settlements, and legal fees, as well as all court fees, including costs of subpoena(s) or other legal documents filed on behalf of this case.

Furthermore, Plaintiff requests that in the case that a Summary Judgement is reached by the court in **favor of the Plaintiff**, that the court move to have the Settlement Amount and all other penalties be determined by Jury, or be set the highest demonstratable amount per the Plaintiff's discretion. Plaintiff also requests that any future routes to appeal from Defense be annulled or otherwise limited as much as possible in the event of a Summary Judgement in favor of the Plaintiff.

In the event that Summary Judgement is not ruled in favor of the Plaintiff, Plaintiff requests that the Court order all costs, including legal proceedings, and lost wages be paid as a minimum by Defendant. And that inflation adjustment for interest due on such monies be applied per the Consumer Price Index, and that the date of payment due be retroactively applied to March 1, 2020.