**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

ZACCHERY BELVAL,

                                    Plaintiff,


v.                                                           23 cv 1387 (SRU)


ELECTRIC BOAT CORP.,

                                    Defendant.


**DECLARATION OF ZACCHERY BELVAL**

Purpose: This is a request to respond to document 140 and 142


Request:

Plaintiff is asking the court if they would grant leave to receive a response to Defense Document 139. An error in filing under the clearly documented distress of Document 140 should not dictate the merits of Plaintiff's response.  Furthermore, additional permission to respond to Defense Document 142 is also being requested so as to assure that proper permissions for this document and the attached are so granted by the court.